**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1626**

---

In re:  ROSARIO A. FIORANI, JR.,

                                        Petitioner.

---

On Petition for Writ of Mandamus.
(1:98-cr-000340-JCC)

---

Submitted: July 25, 2006                    Decided: July 31, 2006

---

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Rosario A. Fiorani, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rosario A. Fiorani, Jr., petitions for a writ of mandamus seeking an order directing the district court to provide him with all "exculpatory" materials and orders that remove court-appointed counsel, reversing his conviction, and awarding him monetary relief for an alleged wrongful conviction. We conclude that Fiorani is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Fiorani is not available by way of mandamus. Accordingly, although we grant Fiorani's motion for leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -